RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
chris_frey@fd.org

Attorney for ALFREDO SALAS-SILVA

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ALFREDO SALAS-SILVA,<br><br>        Defendant. | Case No. 3:20-cr-00054-RCJ-CLB<br><br>**REPLY TO GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

    Mr. Salas-Silva, through his counsel, Christopher Frey, Assistant Federal Public Defender, hereby replies to the Government's Response in Opposition to Defendant's Motion to Dismiss. This reply is based on the attached points and authorities and any evidence or argument presented at a hearing on this matter.[1]

    The government opposes Mr. Salas-Silva's Motion to Dismiss on two grounds. First, the government contends that Mr. Salas-Silva failed to supply points and authorities, then cites cases purporting to suggest that findings of fact cannot be judicially noticed. Mr. Salas-Silva is not seeking to incorporate the *Carrillo-Lopez* court's findings of fact, only the moving party's points and authorities and the record developed in that case. ECF No. 36.

---

[1] This reply is timely filed.

Similarly situated codefendants regularly join each other's respective pleadings, a practice that enhances judicial economy by avoiding duplication and redundancy. The same is true when defendants are separately indicted but are identically situated, such as Mr. Salas-Silva and the defendant in Carrillo-Lopez. The statute is the same. The constitutional challenge to the statute is also the same. Accordingly, incorporation by reference is a reasonable mechanism to present identical arguments challenging 8 U.S.C. § 1326, as opposed to filing a mirror-image pleading in this case in every respect except for the case caption.

The government is fully aware of the arguments made below in *Carrillo-Lopez*, which explains the government's ability to offer a 10-page plus substantive response to the same as an alternative ground for opposing Mr. Salas-Silva's motion. ECF No. 37 at 3-14. The government cannot claim it is unfamiliar with the *Carrillo-Lopez* points and authorities and at the same time offer a substantive rebuttal of them.

To the extent incorporating the points and authorities in *Carrillo-Lopez* is somehow insufficient to apprise the government of Mr. Salas-Silva's constitutional challenge to 8 U.S.C. § 1326, the original motion in *Carillo-Lopez* and exhibits are attached here. Exhibit A. Mr. Salas-Silva has no objection if the government wishes to supplement its response should the *Carrillo-Lopez* motion and exhibits raise an issue the government was not already familiar with.

Second, the government contends *Carrillo-Lopez* was incorrectly decided. The government then proceeds to effectively incorporate by reference its opening brief on appeal in *Carrillo-Lopez* and "its opposition to the motion to dismiss in *Carrillo-Lopez*." ECF No. 37 at 4. Mr. Salas-Silva likewise incorporates by reference the points and authorities submitted in the *Carrillo-Lopez* reply and the *Carrillo-Lopez* answering brief on appeal. To the extent incorporating the Carrillo-Lopez reply by reference is somehow insufficient, that pleading is attached here, as those points and authorities apply equally to Mr. Salas-Silva. Exhibit B.

DATED this 6th day of May, 2022.

          RENE L. VALLADARES
          Federal Public Defender

       By: */s/ Christopher P. Frey*
          CHRISTOPHER P. FREY
          Assistant Federal Public Defender

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on May 6, 2022, she served an electronic copy of the above and foregoing REPLY TO GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS by electronic service (ECF) to the person named below:

CHRISTOPHER CHIOU
Acting United States Attorney
RANDOLPH J. ST. CLAIR
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, NV 89501

*/s/ Katrina Burden*
Employee of the Federal Public Defender