1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALFREDO SALAS-SILVA,<br><br>    Defendant. | Case No. 3:20-cr-00054-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO CONTINUE<br>SENTENCING HEARING<br>(FIRST REQUEST)** |

  IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and KATE BERRY, Assistant Federal Public Defender, counsel for ALFREDO SALAS-SILVA and JASON M. FRIERSON, United States Attorney, and RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for November 16, 2023, at 11:30 AM, be vacated and continued to November 27, 2023, at 11:00 AM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1.    The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2.    Both counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

3.    Mr. Salas-Silva is detained and consents to the continuance. Specifically, Mr. Salas-Silva was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

4.    This is the first request for continuance of the sentencing hearing.

DATED this 15th day of November, 2023.

RENE L. VALLADARES                    JASON M. FRIERSON
Federal Public Defender                United States Attorney


By _/s/ Kate Berry_____            By  _/s Randolph J. St. Clair_____
    KATE BERRY                             RANDOLPH J. ST. CLAIR
    Assistant Federal Public Defender      Assistant United States Attorney
    Counsel for ALFREDO SALAS-SILVA        Counsel for the Government

2

**<u>ORDER</u>**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for November 16, 2023, at 11:30 AM, be vacated and continued to **November 27, 2023, at 11:00 AM.**

DATED this <u>15th day of November, 2023.</u>

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

3